## THIRD DEPARTMENT, JULY TERM, 1891.

In the Matter of the Estate of George Clark, Deceased.

Daniel R. Bennett, Appellant, v. Ichabod McIntosh, Miles C. Comstock and others, Respondents.— Decree of the surrogate of Otsego county affirmed, with costs. Opinion by Martin, J.

Emily Tompkins, as Administratrix of David C. Tompkins, Deceased. Respondent, v. The City of Oswego, Appellant.— Judgment and order affirmed, with costs. Opinion by Martin, J.

Edward Dexter, Appellant, v. Riverside and Oswego Mills, Respondent.— Judgment affirmed. with costs. Opinion by Martin, J.

Irving Snell, Respondent, v. Robert R. Thorp, Appellant.— Judgment and order affirmed, with costs. Opinion by Merwin, J.

George F. Ellison, Respondent,v. John W. Jones, Appellant.— Appeal from the order dismissed; judgment affirmed, with costs. Opinion by Hardin, P. J.

James E. McCabe, Respondent, v. John T. Goodfellow, Treasurer, etc., Appellant.— Judgment affirmed, with costs. Opinion by Martin, J.; dissenting Mem. by Merwin, J.

Elizabeth Gibbons, Respondent, v. The Village of Phoenix, Appellant.— Judgment and order affirmed, with costs. Opinion by Merwin, J.

George Spies, Respondent, v. The Rome, Watertown and Ogdensburg Railroad Company, Appellant.— Judgment affirmed, with costs. Opinion by Hardin, P. J.; Merwin, J., not sitting.

Francis Duford and Francis A. Duford, Respondents, v. William Patrick, Appellant — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

The First National Bank of Lowville. Appellant, v. George D. Moffatt, Respondent, Impleaded, etc — Judgment reversed and a new trial ordered, with costs to abide the event. Opinion by Merwin, J. Mem. by Hardin, P. J.

Frederick L. Lovelace. Respondent, v. S. Gregor Doran and others, Appellants — Interlocutory judgment affirmed, with costs, with leave to defendants to withdraw their demurrer and answer on payment of the costs of the demurrers and of this appeal. Opinion by Hardin,P J.

Frederick L. Lovelace, Respondent, v. Doran & Wright Co. (Limited), S Gregor Doran and others, Appellants.— Interlocutory judgment, as to the appellants, other than the corporation defendant, affirmed, with costs, with leave to answer upon payment of costs of the demurrer and of this appeal. Opinion per Hardin, P. J. Interlocutory judgment as to the corporation appellant reversed, with costs, with leave to plaintiff to amend upon payment of costs of

the demurrer and of this appeal. Mem. by Hardin, P J.

Horace P. Hoyt and another, Respondents. v. John H. Cline, Appellant.—Judgment affirmed, with costs. Opinion by Martin, J.

Frank Lamereaux, Respondent, v. Jonas Rivenburgh. Appellant. —Judgment and order affirmed, with costs.

Hiram Gilmore, Respondent, v. The Warren-Scharf Asphalt Paving Company, Appellant, Impleaded, etc.— Order modified so as to allow the appellant thirty-six dollars and ninety-nine cents disbursements, and, as modified, affirmed, without cost to either party on this appeal.

The Bank of Syracuse. Respondent, v. The Wisconsin Marine and Fire Insurance Company, Appellant. — Motion for leave to appeal to the Court of Appeals denied.

Lydia O. Burland, as Administratrix, etc , Respondent, v Samuel Clare and others. Appellants.— Appeal from order dismissed and judgment affirmed, with costs.

Jennie L. Lines, Respondent, v. Hector B. Johnson, as Sheriff, etc., Appellant.— Judgment and decree affirmed. with costs.

Andrew J. Feck, Respondent, v. John Manley, Appellant.— Order modified so as to allow new trial on condition that the plaintiff pay the costs of the former trial. and, as modified, af firmed, with costs of this appeal.

The People of the State of New York, Respondent, v. Rachel Brooks, Appellant.— Judgment and order of the Court of Sessions of Onondaga county affirmed, and the clerk directed to enter judgment and remit certified copy thereof, with the return and decision of this court, to the Court of Sessions of Onondaga county. pursuant to sections 547 and 548 of the Code of Criminal Procedure. Opinion by Martin. J.

Michael Kealey and others, Respondents, v. Dwight H. Murray. Impleaded with others, Appellants. — Judgment affirmed, with costs. Opinion by Merwin, J.

Charles E Crouse and others, Appellants, v. Frederick Reichert, Respondent. — Order af firmed, with ten dollars costs and disbursements.

William Duffus, Respondent, v. Rose Cole, Appellant.— Order reversed, without costs of appeal to either party.

Mary Flood, as Administratrix of Timothy Flood, Deceased, Respondent, v. The Western Union Telegraph Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Merwin, J.

Charles Gilbert and another, Respondents, v.. Philip Schram, Appellant.—Judgment affirmed, with costs.

---

## THIRD DEPARTMENT, JULY TERM, 1891.

Edwin Young, Executor, etc., Respondent, v. The Rondout and Kingston Gas-Light Company, Appellant. — Order affirmed, with ten dollars costs and printing disbursements. Opinion by Learned. P. J.

Alvah J Zimmer. Appellant, v. John J. Matteson and others, Respondents.— Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs. Opinion by Landon, J.

Thomas F. Morgan, Respondent, v. The Hudson River Ore and Iron Company. Appellant — Judgment and order affirmed, with costs.

The People of the State of New York, Plaintiff, v The Fitchburg Railroad Company, Defendant. — Judgment ordered for people on submission.

Henry Martin, as Assignee, etc , Appellant, v. Thomas O. Crehan, Respondent, Impleaded, etc. —Judgment affirmed, with costs.

Alexander H. Kerr, as Commissioner of Highways of the Town of Edwards, Respondent, v. Mary Hammer, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

Philip J. Warner, Respondent, v. Schoharie and Schenectady Counties Farmers' Mutual Fire Insurance Company, Appellant —Judgment reversed, new trial granted, costs to abide event. Opinion by Mayham, J.; Landon, J., not acting.

The People of the State of New York, Respondent, v. Charles H. Carnrick, Appellant. — Judgment and conviction affirmed. Opinion by Learned, P. J.

The People of the State of New York ex rel. Orville Crouse, Appellant. v. John E. Leavitt, as Sheriff, etc., Respondent. — Order dismissing habeas corpus proceedings and demanding, etc., affirmed. Opinion by Landon. J.

Delia Weinckie, Appellant, v. The New York.